IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 7:18-CV-00175-D

| | |
|---|---|
| SABINO VALERIO-NARANJO, FRANCISCO EDUARDO GARCIA-VENTURA, ALEJANDRO MARTINEZ-TORRES, SERVANDO MORENO-GALVAN, JULIO ABRAHAM RIVERA-BALDERAS, FERMIN MARTINEZ-RUBIO, GERMAN MARTINEZ-TORRES, JESUS ZUNIGA-SANCHEZ, MEREGILDO MARTINEZ MIRANDA, MIGUEL VALERIO NARANJO, MARTIN GERONIMO MARTINEZ, JONATHAN CAMACHO-JIMENEZ, and ARJENIS CAMACHO-JIMENEZ, <br><br> Plaintiffs, <br><br> v. <br><br> SHADY RIDGE CORP., JEFFREY C. LEE FARMS, INC., HOBBS & PETERSON FARMS, INC., and BERNARDO PEREZ, <br><br> Defendants. | <u>JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT</u> |

Plaintiffs Sabino Valerio-Naranjo, Francisco Eduardo Garcia-Ventura, Alejandro Martinez-Torres, Servando Moreno-Galvan, Julio Abraham Rivera-Balderas, Fermin Martinez-Rubio, German Martinez-Torres, Jesus Zuniga-Sanchez, Meregildo Martinez Miranda, Miguel Valerio Naranjo, Martin Geronimo Martinez, Jonathan Camacho-Jimenez, and Arjenis Camacho-Jimenez (collectively, "Plaintiffs"), and Defendants Shady Ridge Corp., Jeffrey C. Lee Farms, Inc., Hobbs & Peterson Farms, Inc., and Bernardo Perez (collectively, "Defendants"), jointly move this Court pursuant to 29 U.S.C. § 216(b), Rule 7(b) of the Federal Rules of Civil Procedure, and

1

Local Civil Rule 7.1 for entry of the proposed Order attached to this Motion approving the Settlement Agreement entered into between Plaintiffs and Defendants (collectively, "Parties") and attached hereto and marked as Exhibit CC.

In support of this Motion the Parties show the Court that:

1. Plaintiffs Sabino Valerio-Naranjo, Francisco Eduardo Garcia-Ventura, Alejandro Martinez-Torres, Servando Moreno-Galvan, and Julio Abraham Rivera-Balderas filed a Complaint in the Court initiating this action on October 3, 2018. (*See* Compl.)

2. On February 26, 2019, the Plaintiffs specified in paragraph 1 and Plaintiffs Fermin Martinez-Rubio, German Martinez-Torres, and Jesus Zuniga-Sanchez filed an Amended Complaint, as a matter of course, with the Court. (Amended Compl.) *See* Fed. R. Civ. P. 15(a)(1).

3. Since the filing of the Amended Complaint described in paragraph 2, five (5) similarly situated individuals, Plaintiffs Meregildo Martinez Miranda, Miguel Valerio Naranjo, Martin Geronimo Martinez, Jonathan Camacho-Jimenez, and Arjenis Camacho-Jimenez, each filed a Consent to Join pursuant to 29 U.S.C. section 216(b) of the Fair Labor Standards Act ("FLSA"): Meregildo Martinez Miranda on April 2, 2019; Miguel Valerio Naranjo on April 24, 2019; Martin Geronimo Martinez on May 20, 2019; Jonathan Camacho-Jimenez on September 30, 2019; and Arjenis Camacho-Jimenez on September 30, 2019. (Exs. Q; R; S; T; U.)

4. On January 30, 2020, the Court granted Plaintiffs'

Consent Motion to Amend Complaint, thereby allowing Plaintiffs to file their Second Amended Complaint. (D.E. 61.) That Second Amended Complaint was filed with the Court on February 4, 2020. (D.E. 65.) The Second Amended Complaint added the consenting Plaintiffs described in paragraph 3 above as named Plaintiffs to this action and removed all FLSA collective action allegations from this action (D.E. 65), as required by paragraph 11 of the Settlement Agreement attached hereto as Exhibit CC.

5. As of the date of the filing of this Motion, no answer or responsive pleading has been filed by any Defendant though Defendants deny liability to Plaintiffs. Defendants, jointly and individually, have filed multiple Motions for Extension of Time to File Answer or Other Responsive Pleading, the most recent of which such Motion was filed with the Court on January 14, 2020. (D.E. 58.) All such Motions filed by Defendants have been granted by the Court. (D.E. 59; D.E. 58 ¶¶ 4-8.) Defendants' answer or other pleading is currently due February 18, 2020. (D.E. 59.)

6. As of the date of the filing of this Motion, the Parties have entered into and executed a Settlement Agreement, attached hereto as Exhibit CC, which agreement will, pending approval of the Court, resolve of the above-captioned action and all disputes between the parties arising out of the facts and circumstances raised in this action.

7. The claims brought by Plaintiffs in the above-captioned action include allegations that Defendants violated the rights of

3

Plaintiffs under § 216(b) of the FLSA. (*See* Compl.; Am. Compl.; Second Am. Compl.)

8. Because Plaintiffs' claims include allegations that Defendants violated the rights of Plaintiffs under the FLSA, the settlement of those FLSA claims pursuant to the attached Settlement Agreement must be "approved for fairness" by the Court. *Boone v. City of Suffolk*, 79 F. Supp. 2d 603, 605 (E.D. Va. 1999).

9. By the Parties' execution of the attached Settlement Agreement, the Parties agree and submit to the Court that the terms of the Agreement are fair, reasonable, and were reached only after good faith negotiations of bona fide disputes between the Parties, and the Parties' respective counsel. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353–1355 (11th Cir. 1982).

WHEREFORE, pursuant to 29 U.S.C. § 216(b) and Rule 7(b) of the Federal Rules of Civil Procedure, the Parties respectfully move this Court for entry of the proposed Order attached hereto, approving the Settlement Agreement attached hereto and marked as Exhibit CC.

Respectfully submitted this 18th day of February, 2020.

> BY: /s/ Aaron V. Jacobson
> Aaron V. Jacobson

N.C. State Bar No. 44065
Legal Aid of North Carolina, Inc.
224 South Dawson Street
Raleigh, NC  27601
Telephone: (919) 856-2180
Fax: (919) 714-6864
Email: AaronJ@legalaidnc.org


BY: /s/ Lori J. Johnson
Lori J. Johnson
N.C. State Bar No. 24227
Legal Aid of North Carolina, Inc.
224 South Dawson Street
Raleigh, NC 27601
Telephone: (919) 856-2180
Fax: (919) 714-6587
Email: LoriE@legalaidnc.org

Counsel for Plaintiffs



BY: /s/ Regina W. Calabro
Regina W. Calabro
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road
Suite 1100
Raleigh, North Carolina 27609
Gina.Calabro@ogletreedeakins.com


BY: /s/ Kevin S. Joyner
Kevin S. Joyner
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4208 Six Forks Road
Suite 1100
Raleigh, North Carolina 27609
Kevin.Joyner@ogletreedeakins.com

*Attorneys for Defendants Jeffrey C. Lee Farms, Inc. and Bernardo Perez*

BY: /s/ Nicholas D. Wilson
Nicholas D. Wilson
Gordon & Rees, LLP
421 Fayetteville Street
Suite 330

5

Raleigh, North Carolina 27601
nwilson@gordonrees.com

*Attorney for Defendant Shady Ridge Corp.*


BY: /s/ Andrew M. Jackson
Andrew M. Jackson
Andrew Jackson Law, P.C.
407 College Street
Clinton, North Carolina 28329
andy@andrewjacksonlaw.com

*Attorney for Defendant Hobbs & Peterson Farms, Inc.*

6