IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 7:18-CV-00175-D

| | |
|---|---|
| SABINO VALERIO-NARANJO, FRANCISCO EDUARDO GARCIA-VENTURA, ALEJANDRO MARTINEZ-TORRES, SERVANDO MORENO-GALVAN, JULIO ABRAHAM RIVERA-BALDERAS, FERMIN MARTINEZ-RUBIO, GERMAN MARTINEZ-TORRES, JESUS ZUNIGA-SANCHEZ, MEREGILDO MARTINEZ MIRANDA, MIGUEL VALERIO NARANJO, MARTIN GERONIMO MARTINEZ, JONATHAN CAMACHO-JIMENEZ, and ARJENIS CAMACHO-JIMENEZ, <br><br> Plaintiffs, <br><br> v. <br><br> SHADY RIDGE CORP., JEFFREY C. LEE FARMS, INC., HOBBS & PETERSON FARMS, INC., and BERNARDO PEREZ, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

ORDER

This case comes before the Court on Plaintiffs' and Defendants' Joint Motion for Approval of Settlement Agreement. In consideration of their Joint Motion for Approval of Settlement Agreement, and stated grounds for the same, the Joint Motion for Approval of Settlement Agreement is hereby granted and entered as an Order of this Court as follows:

Having considered the extent of discovery that has taken place, the stage of the proceedings, including the complexity, expense and likely duration of the litigation, the absence of

1

fraud and collusion in the settlement, the experience of Plaintiffs' counsel who have represented Plaintiffs prior to the commencement of litigation and throughout the duration of the litigation, and the probability of Plaintiffs' success on the merits and the amount of the settlement in relation to the potential recovery, the Court finds that the Settlement Agreement and Release are fair and reasonable.

The Joint Motion for Approval of Settlement Agreement is GRANTED and the Settlement Agreement and Release are APPROVED without change. Upon receipt of all payments due to Plaintiffs and Legal Aid of North Carolina as set forth in Paragraph 1 of the Settlement Agreement, Plaintiffs shall execute and file with the Court a Notice of Stipulation of Dismissal with Prejudice with Request for an Order expressly retaining jurisdiction over matters arising from enforcement of the Settlement Agreement.

SO ORDERED this the __23__ day of February, 2020.

James C. Dever III
United States District Judge

2