IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 7:18-cv-00175-D

SABINO VALERIO-NARANJO, FRANCISCO )
EDUARDO GARCIA-VENTURA, ALEJANDRO )
MARTINEZ-TORRES, SERVANDO MORENO- )
GALVAN, JULIO ABRAHAM RIVERA-BALDERAS, )
FERMIN MARTINEZ-RUBIO, GERMAN )
MARTINEZ-TORRES, JESUS ZUNIGA-SANCHEZ, )
MEREGILDO MARTINEZ MIRANDA, MIGUEL )
VALERIO NARANJO, MARTIN GERONIMO )
MARTINEZ, JONATHAN CAMACHO-JIMENEZ, and )
ARJENIS CAMACHO-JIMENEZ, )
                                          )
       Plaintiffs, )
                                          )
v. )   ORDER
                                          )
SHADY RIDGE CORP., JEFFREY C. LEE )
FARMS, INC., HOBBS & PETERSON FARMS, )
INC., and BERNARDO PEREZ, )
                                          )
      Defendants. )
                                          )

     This case comes before the Court on Plaintiffs' Notice of Stipulation of Dismissal with Prejudice with Request for an Order. In consideration of their Notice of Stipulation of Dismissal with Prejudice with Request for an Order, and stated grounds for the same, the request for an Order expressly retaining jurisdiction over matters, including but not limited to the required issuance of valid tax forms and accompanying documents, arising from enforcement of the Settlement Agreement is hereby granted and entered as an Order of this Court as

1

follows:

This Court will retain jurisdiction over all matters arising from enforcement of the Settlement Agreement entered into between Plaintiffs and Defendants and approved by this Court on February 23, 2020.

SO ORDERED this the  17  day of  February , 2022.

                                                                               James C. Dever III
                                                                               United States District Judge